UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Trustees of the Local 806…, et al.,

                        Plaintiff(s),

      -against –

P.S. Bruckel, Inc., et al.,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:19-CV-09899 (CS)

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued <u>without</u> prejudice and costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  September 18, 2020

      White Plains, New York

                                                  CATHY SEIBEL, U.S.D.J.